```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**JOSHUA CHAD WOOD**                                               PLAINTIFF

         v.          Civil No. 10-5126

**ARAMARK CORRECTIONAL SERVICES,**
Food Service for the
Washington County Detention Center                                 DEFENDANT

### O R D E R

NOW on this 9th day of November 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 5), to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects and that it should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 5) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby **dismissed.** The Clerk is hereby directed to place a §1915(g) strike flag on the case.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE